UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

GARY TRIESTMAN,

          Plaintiff,

-vs-              02-CV-0064

THE TOWN & MUNICPALITY OF WOODSTOCK NEW YORK;
PAUL SHULTIS [in personal and official capacities],
Zoning Enforcement Officer;
OTHER CURRENTLY UNKNOWN NAMED EMPLOYEES
OF THE TOWN OF WOODSTOCK,

          Defendants.

---

**ORDER**

**McAvoy, D.J.:**

  Plaintiff, proceeding *pro se* has moved this Court by Order to Show Cause to issue a temporary restraining order and preliminary injunction against the Defendants to prevent them from removing his sign located on his property. Plaintiff has provided documentation that he will only be provided forty-eight hours to remove his sign or have it removed. Thus, he has justified proceeding by Order to Show Cause.

  A temporary restraining order is appropriate where "immediate and irreparable injury, loss or damage will result." Plaintiff has alleged immediate and irreparable injury. Thus the temporary restraining order is granted until January 25, at such time the Order to Show Cause shall be heard by the Court.

  Defendant's opposition papers shall be served by January 23, 2002 at 4 p.m. Plaintiff's reply papers shall be served by January

1

24, 2002 at 4 p.m.

**IT IS SO ORDERED**

January 17, 2002

_____
Hon. Thomas J. McAvoy
U.S. District Judge