UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
JAN 17 2002
LAWRENCE K. BAERMAN, CLERK
ALBANY

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JAN 17 2002
LAWRENCE K. BAERMAN, CLERK
ALBANY

GARY TRIESTMAN,

PLAINTIFF,

-VS-

THE TOWN & MUNICIPALITY OF WOODSTOCK, NY;
PAUL SHULTIS [in personal and official capacities],
Zoning Enforcement Officer;
OTHER CURRENTLY UNKNOWN NAMED EMPLOYEES
OF THE TOWN OF WOODSTOCK,

DEFENDANTS.

02-CV-0064 TJM DRH

ORDER to show cause
Omnibus Motion for
Temporary Restraining Order & for
Preliminary Injunction.
Request Review on submission

(Also Affirmation)

Comes now, Plaintiff, in the above entitled action, to move this court for the issuance of, initially a Temporary Restraining Order, and of an Order for Preliminary Injunction.

Specifically, through preemptive unconstitutional action and local law, the Defendants in this case seek to immediately dismantle and destroy the sign in controversy Plaintiff has currently existing in place.

Subject sign is not posing a hazard either to public safety, health or welfare, and in fact is adjacent to, but not obstructing, other signs that are not being claimed in violation. There is no exigent circumstances associated with the need to destroy and reduce Plaintiff's property.

The Defendants additionally have breached their own Notice to Remedy time limitations laws, which gives the alleged infractee 10 days to remedy or to seek legal grievance; the Defendants have given Plaintiff only 48 hours to respond. See Exhibits A to B, attached to the instant civil complaint, which is incorporated by reference.

In situations like this locally, the Defendants commonly threaten to, and actually effect,

taking a chain saw and other demolition equipment, to irreparably dismantle, destroy and rend such properties.

Plaintiff asserts that his properties and rights will be irreparably damaged, and he will suffer financial and reputable losses and prejudices due to such irreparable action, and thus seeks issuance of these preliminary protective orders from this court.

Defendants have been served with notice of this motion.

As per 28 USC §1746

I swear that the above facts are true to the best of my knowledge and belief:

January 17, 2002

Respectfully Submitted:

Gary Triestman
Plaintiff
POB 563
Bearsville, NY 12409
(845) 679-4770

Deadline for supporting papers to be filed & served

Deadline for opposing paper to be filed & served

Date & time for Hearing

**Certificate of Service**

I, Lawrence Morino, swear that I served a copy of this Omnibus motion for an TRO and Preliminary Injunction, personally upon the defendants, on 1/17/02:

[print name]
Lawrence Morino
RR Box 28 Garrison Rd
Shady NY 12409