**ARTHUR M. KAHN, ESQ.**
8 Pine Grove Street-PO Box 1423
Woodstock, N.Y. 12498
(845) 679 2120
Fax: (845) 679 6976

January 23, 2002

Hon. Lawrence K. Baerman
Clerk
United States District Court
Northern District of New York
15 Henry Street
Binghampton, N.Y. 13901

```
U.S. DISTRICT COURT - N.D. OF N.Y.
         FILED
         JAN 24 '02
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton
```

RE: Triestman v. Woodstock - 02-CV-0064- TJM/DRH

Dear Mr. Baerman:

I am the attorney for the Town of Woodstock. This matter is scheduled for argument of an application by the Plaintiff, Gary Triestman, *Pro se*, for a preliminary injunction on Friday, January 25, 2002 at 10:00 a.m. in Binghampton.

After a review of the application for a preliminary injunction and the complaint and a review of applicable provisions of the Town of Woodstock Zoning Law, it is the determination of the Town of Woodstock not to oppose this application, provided the granting of the preliminary injunction is without prejudice to an application to vacate the preliminary injunction at a later date.

I intend to appear in court this Friday so that I can make a record of the reasons why no formal opposition has been filed and why the Town consents to this relief at this time.

I can advise the court that Mr. Triestman and I have spoken and we have begun discussions that might hopefully lead to a resolution of this matter.

Should you have any questions, kindly contact me.

Very truly yours,

ARTHUR M. KAHN

cc: Gary Triestman (Via fax and regular mail)

cc: Jeremy Wilber, Supervisor