UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Civil No. 02-CV-0064 (TJM/DRH)

GARY TRIESTMAN,

PLAINTIFF,

-VS-

THE TOWN & MUNICIPALITY OF WOODSTOCK, NY;
PAUL SHULTIS [in personal and official capacities],
Zoning Enforcement Officer;
OTHER CURRENTLY UNKNOWN NAMED EMPLOYEES
OF THE TOWN OF WOODSTOCK,

DEFENDANTS.



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 25 2002
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Binghamton

Reply to Defendants' Response on
Motion for Preliminary Injuction.

Comes now, Plaintiff, in the above entitled action, in reply to Defendants' response, by letter dated 1/23/02, to the instant motion; copy of response attached.

As it appears the Defendants are not opposing the instant motion at this time, Plaintiff concurs with the response, and does not object to Defendants' submission invoking the right to submit same without prejudice to resubmission at a later date; however Plaintiff does object to any substantive expansion of the record of issues or arguments at the hearing that were not preserved on the instant response.

Plaintiff further confirms that at this time, he and the Defendants have begun possible negotiations so as to settle this matter extra-judicially.

DATED: January 24, 2002

Respectfully Submitted:

*[signature: Gary Triestman]*

Gary Triestman
Plaintiff
POB 563
Bearsville, NY 12409
(845) 679-4770
(845) 679-7698 (fax)

## Certificate of Service

I, Gary Triestman, swear that I served a copy of this reply to Defendants' response on motion for Preliminary Injunction, by FAX (by which method Defendant has consented to for this submission) on 1/24/02: & upon Defendant Directly on 1/25/02:

*[signature: Gary Triestman]*

Gary Triestman