MOTION #3 - BINGHAMTON MOTION DAY - 1/25/02
HONORABLE THOMAS J. McAVOY, DISTRICT JUDGE - PRESIDING
CLERK: M. Price
STENO: V. Theleman
LC : D. Miller



10:00 AM    Court meets.

3.    GARY TRIESTMAN

      VS.                                    1:02-CV-64

      THE TOWN & MUNICIPALITY OF WOODSTOCK
      NEW YORK, et al

1.    RETURN ON PLTF'S ORDER TO SHOW CAUSE HEARING RE: MOTION FOR PRELIMINARY INJUNCTION [2-1] - **RESERVED; Court issues 90 day injunction; all issues are stayed pending injunction to allow parties time to attempt resolution.**

      APPEARANCES:    <u>GARY TRIESTMAN</u> PRO SE PLTF

                      <u>ARTHUR KAHN, ESQ.</u>  FOR DEFTS

10:15 AM    Court stands adjourned.