

## FACSIMILE COVER PAGE

| To: Arthur Kahn | From: Gary Treistman |
|---|---|
| Fax #: 679-6976 | Fax #: 845-679-7698 |
| Company: | Tel #: 845-679-4770 |

| Subject: Follow up Contact after Meeting | |
|---|---|
| Sent: 6/6/2002 at 6:18:20 PM | Pages: 1 (including cover) |

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUN 1 4 2002
LAWRENCE K. BAERMAN, CLERK
ALBANY

**MESSAGE:**

Hello Arthur:

Pursuant to our last meeting, May 21, 2002, I understood that you would be getting back to me in a few days after further consultation with the Planning Board official(s).

It was my understanding that we would be able to resolve this matter insofar that I had provided all the required information asked for in the Sign Permit Application.

As it has been 16 days since that meeting, and our next conference with Hon. Homer is soon coming, I would like to know what our respective positions on the matter will be.

Please contact me as soon as possible.

Thank you.

RE: TRIESTMAN -V- WOODSTOCK
    CIVIL #02-CV-64   (NDNY)

  

**Personal Computer Paramedic**

P.O. Box 563
Shady, N.Y. 12409
Tel: 845-679-4770
Fax: 845-679-4790

## FACSIMILE COVER PAGE

| To: Arthur Kahn | From: Gary Treistman |
|---|---|
| Fax #: 679-6976 | Fax #: 845-679-7698 |
| Company: | Tel #: 845-679-4770 |

| Subject: Another Inquiry as to Status of Status Meeting | |
|---|---|
| Sent: 6/11/2002 at 6:41:32 AM | Pages: 1 (including cover) |

**MESSAGE:**

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUN 1 4 2002
LAWRENCE K. BAERMAN, CLERK
ALBANY

Hello Arthur:

I had sent you a previous fax on the 6th, inquiring as to the status of your meeting with the planning board and/or other officials as you had advised me you would do.

Although at our meeting on 5/21/02 you said you'd get back to me within a few days I have not heard from you to date on whatever disposition they conveyed to you.

As you may recall, I have submitted the sign application, and I had entered all the data asked for by the application.

As our telephone conference with Hon. Homer is upcoming very shortly (6/18/02), I again inquire as to the status of our ongoing pre-trial conference settlement negotiations.

Please call me and let me know.

Sincerely:

Gary Treistman


RE: TRIESTMAN -v- Woodstock
    CIVIL #02-cv-64