UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

GARY TRIESTMAN,

                              Plaintiff,

  -against-                             02-CV-0064

THE TOWN OF WOODSTOCK, PAUL SHULTIS,
zoning enforcement officer, ET AL,

                              Defendants.

---

### Decision and Order

McAvoy, J:

    The Plaintiff, Gary Triestman, ("Triestman") proceeding *pro se*, moved by Order to Show Cause on January 17, 2002 for a preliminary injunction preventing the Town of Woodstock from removing his sign. The Court heard oral argument on January 25, 2002. At that time, the parties indicated they had reached an agreement regarding the preliminary injunction. Indeed, Defendants, through their counsel submitted a letter to the Court indicating that they did not oppose the granting of a preliminary injunction as long as it was without prejudice to make an application to vacate the preliminary injunction at a later time. See Dkt. #6.

    The Court is aware that the parties are engaged in on-going settlement negotiations. Consequently, Plaintiff's motion for a preliminary injunction is **GRANTED** without prejudice. Defendants may, at a later date make an application to vacate the preliminary

injunction upon the proper showing.


**IT IS SO ORDERED**

September  26 , 2002

                                           Hon. Thomas J. McAvoy
                                           U.S. District Judge