U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAR 27 2003

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

GARY TRIESTMAN,

                Plaintiff,

v.

TOWN OF WOODSTOCK, NEW YORK; PAUL SHULTIS, in his personal and official capacity as Zoning Enforcement Officer; and UNKNOWN NAMED EMPLOYEES OF THE TOWN OF WOODSTOCK,

                Defendants.

No. 02-CV-64
(TJM/DRH)

---

## ORDER

A telephone conference was held with plaintiff pro se and counsel for defendants in the above captioned case on March 25, 2003. From that conference, it appears that plaintiff has previously demanded certain documents in discovery which defendants have not provided. As directed during the conference, it is hereby

**ORDERED** that on or before **April 2, 2003**, defendants shall provide plaintiff with copies of the documents which are responsive to plaintiff's outstanding discovery demands.

**IT IS SO ORDERED**.

Dated: March 27, 2003
       Albany, New York

_David R. Homer_
United States Magistrate Judge

AO 72A
(Rev.8/82)