**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 03 2003

## CIVIL CONFERENCE MINUTES

LAWRENCE K. BAERMAN, CLERK
ALBANY

Date: June 3, 2003

Case No. 02-CV-64

Judge: HON. DAVID R. HOMER

Length of Conf. : 15

SHORT TITLE: Triestman vs. Town of Woodstock

APPEARANCES:   Pro se plaintiff Gary Triestman

Arthur Kahn representing Town of Woodstock

## PROCEEDING

### DISCOVERY CONFERENCE

DATES SET OR EXTENDED: ❏ YES    ■ NO

**Remarks**: Telephone discovery conference held on June 3, 2003.  Court entered written order.

NEXT CONFERENCE DATE: at

Rule 16 ❏     Status ❏     Discovery ❏          Settlement ❏

Trial Ready: ❏ YES    ■ NO

NO FURTHER ACTION NECESSARY  _____