U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 03 2003

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

GARY TRIESTMAN,
          Plaintiff,

v.

TOWN OF WOODSTOCK, NEW YORK et al.,
          Defendants.

No. 02-CV-64
(TJM/DRH)

---

**DAVID R. HOMER**
**U.S. MAGISTRATE JUDGE**

## ORDER

A telephone conference was held with plaintiff pro se and counsel for defendants in the above referenced case on June 3, 2003 concerning discovery demands which plaintiff had previously served on defendants. As directed during that conference, it is hereby

**ORDERED** that on or before **June 10, 2003**, defendants shall provide plaintiff with supplemental responses to plaintiff's outstanding discovery demands.

**IT IS SO ORDERED.**

DATE: June 3, 2003
      Albany, New York

_____
UNITED STATES MAGISTRATE JUDGE