UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

GARY TRIESTMAN

               Plaintiff

vs.                        CASE NO. 1:02-CV-00064

CITY OF WOODSTOCK, et al.

               Defendants

G. THOMAS EISELE, SENIOR DISTRICT JUDGE, sitting by designation

### ORDER OF DISMISSAL

The parties having advised that this case has been resolved by agreement,

IT IS THEREFORE ORDERED that this case be, and it is hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 14th day of July, 2003.

                                                UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)